**STATE of Minnesota, Plaintiff,**

v.

**Philip Edward STROM, Defendant.**

No. C8–95–798.

Supreme Court of Minnesota.

Feb. 2, 1996.

*ORDER*

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the court of appeals filed September 26, 1995, 1995 WL 565062, answering a question certified by the district court be, and the same is, affirmed. The district court denied Strom's motion to dismiss four counts of gross misdemeanor DWI on double jeopardy grounds but certified the double jeopardy question to the court of appeals as important and doubtful. The court of appeals answered the question in the negative. This case is controlled by our decision in *State v. Hanson,* 543 N.W.2d 84 (Minn.1996). The decision of the court of appeals is affirmed.

BY THE COURT:

/s/ Alexander M. Keith
Chief Justice

■

**STATE of Minnesota, Respondent,**

v.

**Timothy Victor CHRISTIE, Appellant.**

No. C9–95–180.

Supreme Court of Minnesota.

Feb. 5, 1996.

*ORDER*

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the court of appeals filed September 19, 1995, 1995 WL 550947, affirming the conviction of Timothy Victor Christie of careless driving be, and the same is, affirmed. Christie contends that the revocation of his driver's license pursuant to the implied consent law barred the subsequent criminal prosecution for DWI and careless driving under the double jeopardy clause. This contention is answered by our decision in *State v. Hanson,* 543 N.W.2d 84 (Minn.1996). The decision of the court of appeals is affirmed.

BY THE COURT:

/s/ Alexander M. Keith
Chief Justice